No. 823, Misc.   BROWN v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 824, Misc.   HEALD v. MAINE.   Sup. Jud. Ct. Maine.   Certiorari denied.   *Clyde R. Chapman* for petitioner.   *James S. Erwin,* Attorney General of Maine, and *John W. Benoit,* Assistant Attorney General, for respondent.

No. 833, Misc.   DUISEN v. MISSOURI.   Sup. Ct. Mo. Certiorari denied.   *Theodore F. Schwartz* for petitioner. *Norman H. Anderson,* Attorney General of Missouri, and *Courtney Goodman, Jr.,* Assistant Attorney General, for respondent.

No. 837, Misc.   VIDA v. CLARK, ATTORNEY GENERAL, ET AL.   C. A. 7th Cir.   Certiorari denied.   *Solicitor General Griswold* for respondents.

No. 843, Misc.   MORGAN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Rogovin, Joseph M. Howard* and *John P. Burke* for the United States.

No. 844, Misc.   CLEMAS v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 863, Misc.   LAMPSON v. IOWA.   Sup. Ct. Iowa. Certiorari denied.

No. 870, Misc.   BALL v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.